UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBED APOSTOL, JR., an individual;<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC., a New York Corporation; CITI RESIDENTIAL LENDING, INC., a national banking association; CR TITLE SERVICES, INC., a Delaware Corporation; CRYSTAL MOORE, an individual; BRYAN BLY, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-01983-WHO<br><br>**ORDER SETTING STIPULATED BRIEFING AND HEARING SCHEDULE ON MOTIONS TO DISMISS**<br><br>**[Civ. L.R. 6-2 AND 7-12]**<br><br>Complaint filed: April 30, 2013 |

The Court has reviewed the Parties' Joint Stipulation Setting Motion to Dismiss Briefing Schedule and Hearing Date, and Taking Case Management Conference Off Calendar. Dkt. No. 24. As set forth below, the parties' proposed schedule is adopted, except that a further CMC is set for October 22, 2013, at 2:00 pm.

- Plaintiff shall file his respective oppositions to the Motions on August 19, 2013.
- Citi, MERS and Moore & Bly shall file their respective reply briefs on September 4, 2013.
- The hearing on the Motions shall be on September 25, 2013 at 2:00 p.m.
- A Case Management Conference is set for October 22, 2013 at 2:00 pm.

**IT IS SO ORDERED.**

Dated: August 2, 2013

Hon. William H. Orrick
United States District Judge

1