**EXHIBIT "B"**

[RECORDING REQUESTED BY]
NATIONWIDE TITLE CLEARING
[AND WHEN RECORDED MAIL TO]
CITI RESIDENTIAL LENDING INC.
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

CRL L#: 9000129958
CMI L#: 9000129958
Investor L#: 0221941039
Custodian: 3U4
Effective Date: 02/11/2009

DOCUMENT: 20151291
Pages: 1
Fees: 12.00
Taxes:
Copies:
AMT PAID: 12.00

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE # 006
3/02/2009
11:22 AM

## CORPORATE ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,**
the sufficiency of which is hereby acknowledged, the undersigned, CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR ARGENT MORTGAGE COMPANY, LLC, WHOSE ADDRESS IS 10801 E. 6TH STREET, RANCHO CUCAMONGA, CA 91730, (ASSIGNOR), by these presents does convey, grant, sell, assign, transfer and set over the described Deed of Trust together with the certain note(s) described therein, without recourse, representation or warranty, together with all right, title and interest secured thereby, all liens, and any rights due or to become due thereon to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS') A DELAWARE CORPORATION, ITS SUCCESSORS OR ASSIGNS, AS NOMINEE FOR CITIMORTGAGE INC. PO BOX 2026, FLINT, MI 48501, (ASSIGNEE).
Said Deed made by **OBED M. APOSTOL JR.** and recorded on 11/06/2006 as Inst# 19171994 in Book Page in the office of the SANTA CLARA County Recorder, CA.
Property more commonly known as: 1330 CEDAR CT, GILROY, CA 95020

Dated: 01/13/2009
CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR ARGENT MORTGAGE COMPANY, LLC

By: _____
CRYSTAL MOORE VICE PRESIDENT

STATE OF FLORIDA      COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me THIS 13TH DAY OF JANUARY IN THE YEAR 2009 by CRYSTAL MOORE, well known to me to be the VICE PRESIDENT of CITI RESIDENTIAL LENDING INC., AS ATTORNEY-IN-FACT FOR ARGENT MORTGAGE COMPANY, LLC a corporation, on behalf of the corporation.

BRYAN J. BLY DD 691055 Notary Public

My Commission expires: 07/01/2011
Prep by: Jessica Fretwell/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

Bryan J. Bly
Notary Public, State of Florida
Commission # DD 691055
Expires July 01, 2011
Bonded Through National Notary Assn.

CRLAS 9212056 12/31 CRL CJ2020850 MIN 100011590001299580 MERS PHONE 1-888-679-MERS

*9212056*

form5/FRMCA1