| DOCUMENT: 21113836 | Pages: 2 |
|---|---|
| | Fees.... 21 00 |
| | Taxes... |
| | Copies.. |
| | AMT PAID 21 00 |

**Stewart Title**

Requested and Prepared by:
CR Title Services, Inc.

REGINA ALCOMENDRAS
SANTA CLARA COUNTY RECORDER
Recorded at the request of
Recording Service

RDE # 010
3/17/2011
8:59 AM

When Recorded Mail To:
**CR Title Services, Inc.**
**1000 TECHNOLOGY DRIVE MS 314**
**O'FALLON, MO 63368**

APN: 808-03-035

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No: T11-75146-CA                    Order No: 7742-368837

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned corporation hereby grants, assigns, and transfers to:

CitiMortgage, Inc.

all beneficial interest under that certain Deed of Trust dated: **10-31-2006** executed by **OBED M. APOSTOL, JR., A SINGLE MAN**, as Trustor(s), to **TOWN AND COUNTRY TITLE SERVICES, INC.**, as Trustee, recorded 11-06-2006, as Instrument No. 19171994, in Book , Page , , of Official Records, in the office of the County Recorder of **SANTA CLARA** County, **CALIFORNIA** together with the Promissory Note secured by said Deed of Trust and also all rights accrued or to accrue under said Deed of Trust.

Date: March 14, 2011

TS: T11-75146-CA

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
('MERS') A DELAWARE
CORPORATION, ITS SUCCESSORS
OR ASSIGNS, AS NOMINEE FOR
CITIMORTGAGE INC.

_____
Lisa Markham
Assistant Secretary

State of AZ }ss
County of PIMA }ss

On March 14, 2011 before me, Xochitl Pizarro Notary Public, personally appeared Lisa Markham who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)
Xochitl Pizarro Notary Public

XOCHITL PIZARRO
Notary Public - Arizona
PIMA COUNTY
My Commission Expires
4-8-2014