| | |
|---|---|
| RECORDING REQUESTED BY:<br><br>STEWART TITLE OF CA<br><br>AND WHEN RECORDED MAIL TO:<br><br>**CR TITLE SERVICES INC.**<br>**1000 TECHNOLOGY DRIVE MS 314**<br>**O'FALLON, MO 63368** | DOCUMENT: 21113837　　Pages: 2<br><br>Fees. . 21 00<br>Taxes..<br>Copies.<br>AMT PAID　21 00<br><br>REGINA ALCOMENDRAS　　RDE # 010<br>SANTA CLARA COUNTY RECORDER　3/17/2011<br>Recorded at the request of　　8:59 AM<br>Recording Service |

TS No.: **T11-75146-CA**　　　　Order No.: **7742-368837**

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE

**WHEREAS, OBED M. APOSTOL, JR., A SINGLE MAN** was the original Trustor, **TOWN AND COUNTRY TITLE SERVICES, INC.** was the original Trustee, and **ARGENT MOTGAGE COMPANY, LLC** was the original Beneficiary under that certain Deed of Trust dated **10-31-2006** and recorded on **11-06-2006** as Instrument No. **19171994**, in book , page , of Official Records of **SANTA CLARA** County, **CALIFORNIA**; and

　　**WHEREAS**, the undersigned is the present Beneficiary under said Deed of Trust, and

　　**WHEREAS**, the undersigned desires to substitute a new Trustee under said Deed of Trust in place and instead of said original Trustee, or Successor Trustee, thereunder, in the manner in said Deed of Trust provided,

　　**NOW, THEREFORE,** the undersigned hereby substitutes **CR Title Services, Inc.**, as Trustee under said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated: March 14, 2011

T11-75146-CA

## Substitution of Trustee

CitiMortgage, Inc.

By: _____
Lisa Markham
Assistant Vice President

State of AZ }
County of PIMA }

On March 14, 2011 before me, Xochitl Pizarro Notary Public, personally appeared Lisa Markham, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Arizona that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

Xochitl Pizarro Notary Public

XOCHITL PIZARRO
Notary Public - Arizona
PIMA COUNTY
My Commission Expires
4-6-2014