1   MAYER BROWN LLP
    JOHN NADOLENCO (SBN 181128)
2   *jnadolenco@mayerbrown.com*
    STEVEN E. RICH (SBN 198412)
3   *srich@mayerbrown.com*
    350 South Grand Avenue, 25th Floor
4   Los Angeles, CA  90071-1503
    Telephone: (213) 229-9500
5   Facsimile:  (213) 625-0248

6   Attorneys for Defendants CITIMORTGAGE,
    INC., CITI RESIDENTIAL LENDING, INC.,
7   CR TITLE SERVICES, INC., and MORTGAGE
    ELECTRONIC REGISTRATION SYSTEMS,
8   INC.

9   LAW OFFICES OF MARK LAPHAM, ESQ.
    MARK LAPHAM, ESQ. (SBN 146352)
10  751 Diablo Rd.
    Danville, CA 94526
11  Tel: (925) 837-9007
    Fax: (650) 738-0325
12
    Attorneys for Plaintiff,
13  OBED M. APOSTOL, JR.

LEVENE, NEALE, BENDER, YOO &
BRILL L.L.P.
IRV M. GROSS (SBN 53659)
*img@lnbyb.com*
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Defendants CRYSTAL
MOORE and BRYAN BLY

14              **UNITED STATES DISTRICT COURT**

15             **NORTHERN DISTRICT OF CALIFORNIA**

16                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  OBED APOSTOL, JR., an individual; | Case No.: 3:13-cv-01983-WHO |
| 18 | |
| 19                 Plaintiff, | **JOINT STIPULATION (1) SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE ON FIRST AMENDED COMPLAINT, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE; DECLARATION OF STEVEN E. RICH; [PROPOSED] ORDER** |
| 20                 v. | |
| 21  CITIMORTGAGE, INC., a New York Corporation; CITI RESIDENTIAL LENDING, | |
| 22  INC., a national banking association; CR TITLE SERVICES, INC., a Delaware Corporation; | **[Civ. L.R. 6-2 AND 7-12]** |
| 23  CRYSTAL MOORE, an individual; BRYAN BLY, an individual; MORTGAGE | First Amended Complaint filed:  August 19, 2013 |
| 24  ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 | |
| 25  through 100, inclusive, | |
| 26                 Defendants. | |
| 27 | |

28

1         This Stipulation is entered into by and between Plaintiff Obed M. Apostol, Jr.

2   ("Plaintiff"), Defendants CitiMortgage, Inc., Citi Residential Lending, Inc., CR Title Services,

3   Inc., (collectively "Citi"), Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"),

4   and Defendants Crystal Moore and Bryan Bly ("Moore & Bly," and with Plaintiff, Citi, and

5   MERS, the "Parties"), pursuant to Civil Local Rules 6-2 and 7-12 as follows:

6                                       **RECITALS**

7         A.      On April 30, 2013, Plaintiff filed his Complaint (the "Complaint") against Citi,

8   MERS, and Moore & Bly (collectively, the "Defendants").

9         B.      On June 26, 2013, Plaintiff, Citi and MERS filed a stipulation setting July 29,

10  2013 as the deadline for Citi and MERS to respond to the Complaint. Dkt. No. 12.

11        C.      On July 29, 2013, Citi and MERS filed a motion to dismiss the Complaint (the

12  "Citi & MERS Motion"). Dkt. Nos. 21-22.

13        D.      Also on July 29, 2013, Moore & Bly filed a motion to dismiss the Complaint (the

14  "Moore & Bly Motion," and with the Citi & MERS Motion, the "Motions"). Dkt. Nos. 19-20;

15  23.

16        E.      On August 2, 2013, on stipulation by the parties (Dkt. No. 24), the Court ordered

17  that Plaintiff shall file his respective oppositions to the Motions on August 19, 2013; that Citi,

18  MERS and Moore & Bly shall file their respective reply briefs on September 4, 2013; that the

19  hearing on the Motions shall be on September 25, 2013 at 2:00 p.m.; and that a Case

20  Management Conference shall be on October 22, 2013 at 2:00 p.m. Dkt. No. 25.

21        F.      On August 19, 2013, instead of filing oppositions to the Motions, Plaintiff filed

22  his First Amended Complaint (the "FAC") against Citi, MERS, and Moore & Bly.

23        G.      Given the new causes of action asserted in Plaintiff's 161-paragraph, 7-count

24  FAC, the number of Parties on each side, and the schedules of counsel, the Parties conferred with

25  each other and agreed to the following coordinated briefing scheduling and hearing date.

26        H.      Citi, MERS and Moore & Bly shall file their respective motions to dismiss the

27  FAC (the "Motions to Dismiss the FAC") by September 27, 2013.

28

I.     Plaintiff shall file his respective oppositions to the Motions to Dismiss the FAC by October 21, 2013.

J.     Citi, MERS and Moore & Bly shall file their respective reply briefs by November 6, 2013.

K.     The hearing on the Motions to Dismiss the FAC shall be on November 20, 2013 at 2:00 p.m.

L.     The Parties further believe that good cause exists to reschedule the CMC from October 22, 2013 to December 17, 2013 at 2:00 p.m., so as to conserve the resources of the Parties and the Court while dispositive motions on the FAC are pending.

M.     Except as described herein, this Stipulation will have no effect on the schedule for the case.

## AGREEMENT

NOW, THEREFORE, based upon the foregoing, the Parties hereby STIPULATE AND AGREE AS FOLLOWS, subject to Court approval:

1.     The Parties incorporate by reference each of the Recitals contained in paragraphs A through M hereinabove as if set forth in full herein.

2.     The Parties agree to the briefing schedule and hearing and CMC date set forth in Recitals H through L above.


**IT IS SO STIPULATED.**


DATED:  August 26, 2013              MAYER BROWN LLP



By: /s/ Steven E. Rich
    Steven E. Rich
Attorneys for Defendants
CITIMORTGAGE, INC., CITI RESIDENTIAL LENDING,
INC., CR TITLE SERVICES, INC., and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC.

1

DATED:  August 26, 2013          LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.

2

3                                                By: /s/ Irv M. Gross

4                                                     Irv. M. Gross
                                                 Attorneys for Defendants
5                                                CRYSTAL MOORE AND BRYAN BLY

6

7

DATED:  August 26, 2013          LAW OFFICES OF MARK LAPHAM, ESQ.

8

9                                                By: /s/ Mark Lapham

10                                                    Mark Lapham
                                                 Attorneys for Plaintiff OBED M. APOSTOL, JR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## DECLARATION OF STEVEN E. RICH

I, Steven E. Rich, declare:

I am an attorney at law duly admitted to practice before this Court and all courts in the State of California. I am a counsel at Mayer Brown LLP, attorneys of record for Defendants CitiMortgage, Inc., Citi Residential Lending, Inc., and CR Title Services, Inc., (collectively "Citi"), and Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"). I am submitting this declaration in support of the Joint Stipulation (1) Setting Motion To Dismiss Briefing Schedule And Hearing Date On First Amended Complaint, and (2) Rescheduling Case Management Conference. I have personal knowledge of the facts stated herein and could testify and would competently testify thereto if called as a witness.

A.    On April 30, 2013, Plaintiff filed his Complaint (the "Complaint") against Citi, MERS, and Moore & Bly (collectively, the "Defendants").

B.    On June 26, 2013, Plaintiff, Citi and MERS filed a stipulation setting July 29, 2013 as the deadline for Citi and MERS to respond to the Complaint.

C.    On July 29, 2013, Citi and MERS filed a motion to dismiss the Complaint (the "Citi & MERS Motion").

D.    Also on July 29, 2013, Moore & Bly filed a motion to dismiss the Complaint (the "Moore & Bly Motion," and with the Citi & MERS Motion, the "Motions").

E.    On August 2, 2013, on stipulation by the parties, the Court ordered that Plaintiff shall file his respective oppositions to the Motions on August 19, 2013; that Citi, MERS and Moore & Bly shall file their respective reply briefs on September 4, 2013; that the hearing on the Motions shall be on September 25, 2013 at 2:00 p.m.; and that a Case Management Conference shall be on October 22, 2013 at 2:00 p.m.

F.    On August 19, 2013, instead of filing oppositions to the Motions, Plaintiff filed his First Amended Complaint (the "FAC") against Citi, MERS, and Moore & Bly.

G.    Given the new causes of action asserted in Plaintiff's 161-paragraph, 7-count FAC, the number of Parties on each side, and the schedules of counsel, the Parties conferred with

4

JOINT STIPULATION (1) SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE
ON FIRST AMENDED COMPLAINT, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:13-CV-01983-WHO

1    each other and agreed to the following coordinated briefing scheduling and hearing date.

2        H.      Citi, MERS and Moore & Bly shall file their respective motions to dismiss the

3    FAC (the "Motions to Dismiss the FAC") by September 27, 2013.

4        I.      Plaintiff shall file his respective oppositions to the Motions to Dismiss the FAC

5    by October 21, 2013.

6        J.      Citi, MERS and Moore & Bly shall file their respective reply briefs by November

7    6, 2013.

8        K.      The hearing on the Motions to Dismiss the FAC shall be on November 20, 2013

9    at 2:00 p.m.

10       L.      The Parties further believe that good cause exists to reschedule the CMC from

11   October 22, 2013 to December 17, 2013 at 2:00 p.m., so as to conserve the resources of the

12   Parties and the Court while dispositive motions on the FAC are pending.

13       M.      Except as described herein, this Stipulation will have no effect on the schedule for

14   the case.

15       I declare under penalty of perjury under the laws of the United States of America that the

16   foregoing is true and correct.

17       Executed on this 26th day of August 2013, in Los Angeles, California.

18

19                                                    _____
                                                      Steven E. Rich

20

21

22

23

24

25

26

27

28

JOINT STIPULATION (1) SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE
ON FIRST AMENDED COMPLAINT, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:13-CV-01983-WHO

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2 | Dated: ____August 28____, 2013

3

4

5

6 | _____
Hon. William H. Orrick
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6

1

**FILER'S ATTESTATION**

2          Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that

3   concurrence in the filing of the document has been obtained from all of the signatories.

4   DATED:  August 26, 2013

5                                                                /s/ Steven E. Rich
                                                                  Steven E. Rich
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION (1) SETTING MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING DATE
ON FIRST AMENDED COMPLAINT, AND (2) RESCHEDULING CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER; CASE NO. 3:13-CV-01983-WHO