MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
*jnadolenco@mayerbrown.com*
STEVEN E. RICH (SBN 198412)
*srich@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendants CITIMORTGAGE, INC., CITI RESIDENTIAL LENDING, INC., CR TITLE SERVICES, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| OBED APOSTOL, JR., an individual; <br><br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC., a New York Corporation; CITI RESIDENTIAL LENDING, INC., a national banking association; CR TITLE SERVICES, INC., a Delaware Corporation; CRYSTAL MOORE, an individual; BRYAN BLY, an individual; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 3:13-cv-01983-WHO <br><br> **DECLARATION OF STEVEN E. RICH IN SUPPORT OF DEFENDANTS CITIMORTGAGE, INC., CITI RESIDENTIAL LENDING, INC., CR TITLE SERVICES, INC., AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> Date: November 20, 2013 <br> Time: 2:00 p.m. <br> Courtroom: 2, 17th Floor <br> Judge: Hon. William H. Orrick <br><br> First Amended Complaint filed: August 19, 2013 |

DECLARATION OF STEVEN E. RICH IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT
CASE NO. 3:13-CV-01983-WHO

## DECLARATION OF STEVEN E. RICH

I, Steven E. Rich, declare:

1. I am an attorney at law duly admitted to practice before this Court and all courts in the State of California. I am a counsel at Mayer Brown LLP, attorneys of record for Defendants CitiMortgage, Inc., Citi Residential Lending, Inc., CR Title Services, Inc., (collectively "Citi") and Mortgage Electronic Registration Systems, Inc. ("MERS") (MERS and Citi collectively referred to as "Defendants"). I am submitting this declaration in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint filed concurrently herewith. I have personal knowledge of the facts stated herein and could testify and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit "1" is a true and correct copy of March 28, 2013 Order dismissing with prejudice Plaintiff's Second Amended Complaint in *Obed Apostol, Jr. v. Citibank, N.A., et al.*, Case No. 2:12-cv04395-PSG-SH (C.D. Cal.) (the "Central District Case").

3. Attached hereto as Exhibit "2" is a true and correct copy of the Series 2007-AMC2 Pooling and Services Agreement dated as of March 1, 2007 by and between Citigroup Mortgage Loan Trust Inc. (as Depositor); Ocwen Loan Servicing, LLC, GMAC Mortgage, LLC, and Countrywide Home Loans Servicing LP (as Servicers); Wells Fargo Bank, N.A. (as Master Servicer and as Trust Administrator), and U.S. Bank National Association (as Trustee), available at http://www.sec.gov/Archives/edgar/data/1389858/000088237707001091/d653167_ex4-1.htm.

4. Attached hereto as Exhibit "3" is a true and correct copy of the Second Amended Complaint, filed December 19, 2012 in the Central District Case.

5. Attached as Exhibit "4" is a true and correct copy of the First Amended Complaint, filed July 13, 2012 in the Central District Case.

6. Attached hereto as Exhibit "5" is a true and correct copy of the state court Complaint, filed February 16, 2012 by Obed Apostol, Jr., *et al.* against Citibank, N.A., *et al.*, in the Superior Court of the State of California for the County of Los Angeles, Case No. EC 057639.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of September 2013, in Los Angeles, California.

/s/ Steven E. Rich
Steven E. Rich